UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                          Case No.:  2:20-cv-36-FtM-38MRM

$50,000 IN UNITED STATES
CURRENCY,

    Defendant.
_____/

## **OPINION AND ORDER**[1]

Before the Court is United States Magistrate Judge Mac R. McCoy's Report and Recommendation.  (Doc. 15).  Judge McCoy recommends the United States' Motion for Default Judgment of Forfeiture.  (Doc. 14).  Neither party objects to the Report and Recommendation, and the time to do so has expired.  The Report and Recommendation is thus ripe for review.

A district judge "may accept, reject, or modify in whole or in part, the findings or recommendations made by the magistrate judge."  28 U.S.C. § 636(b)(1).  The district judge "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."  *Id.*  And "[t]he judge may also receive further evidence or recommit the matter to the magistrate judge with instructions."  *Id.*

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees.  By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them.  The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

After examining the file independently and upon considering Judge McCoy's findings and recommendations, the Court accepts and adopts the Report and Recommendation.

Accordingly, it is now

**ORDERED:**

(1) The Report and Recommendation (Doc. 15) is **ACCEPTED and ADOPTED**, and the findings incorporated herein.

(2) The United States' Motion for Default Judgment of Forfeiture (Doc. 14) is **GRANTED**.

(3) The Clerk is **DIRECTED** to enter a default judgment forfeiting to the United States all right, title, and interest in the funds, terminate any pending deadlines, and close the case.

**DONE** and **ORDERED** in Fort Myers, Florida this 9th day of July 2020.

*SHERI POLSTER CHAPPELL*
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record